IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 00-50591

---

ALFRED CASTELLANO

                                        Plaintiff-Appellee

                    versus

CHRIS FRAGOZO, Etc; ET AL

                                        Defendants

CHRIS FRAGOZO, Individually and in his Official Capacity as a San
Antonio Police Officer; MARIA SANCHEZ, Individually

                                        Defendants-Appellants

- - - - -
Appeal from the United States District Court for the
Western District of Louisiana
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion November 20, 2002, 5 Cir., 2002, _____F.3d____)

(February 5, 2003)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, DENNIS and CLEMENT, Circuit Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule for the filing of
supplemental briefs.